# B

Glenda Perez

August 3, 2017

Megan M. Maher
HR consultant, Employee Relations
Cigna Corporation
Two Liberty Place (TL05S)
1601 Chestnut St.
Philadelphia, PA 19192

Dear Megan,

This letter is intended to serve as a request to mediate and or file for arbitration leading to the events that took place below. Please find my request to be in line with Cigna's employee dispute arbitration policy you provided me in email.

Brief overview:

Cigna's pharmacy implementation management team, has violated our pledge to the company's mission statement values and commitment. Their unethical Business practices has led the department turnover rate lost of business and in my case, wrongful termination.

As an advocate for the company, my commitment to serve with excellence in the current job role as a S.M.E and directly with our communities like Habitat for Humanity's, has been more than rewarding.

Summary of events:

On April 27, 2017, a large account was assigned to me to which I identified an error in the plan structure. I've informed the rightful account representatives on the issue and provided several solutions. The representative agreed on one of them and approved to take immediate actions for correction. The accounts benefit plan was updated with the corrections however, there were other account tied to the same restrictive benefit logic and updates were unintentionally made to them as well.