**UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLENDA PEREZ,

       Plaintiff,

   v.

CIGNA HEALTH & LIFE INSURANCE CO.,

       Defendant.

Case No. 8:18-cv-01862-T-17-JSS

**DEFENDANT CIGNA HEALTH & LIVE INSURANCE'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Glenda Perez v CIGNA Health & Life Insurance Co., AAA Case No. 01-17-0004-5405

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Date:   February 19, 2019

*/s/ Nancy A. Johnson*
Jeffrey B. Jones, Esquire
Florida Bar No.:  0039950
Email: jbjones@littler.com

Nancy A. Johnson, Esquire
Florida Bar No.:  0597562
Email: najohnson@littler.com

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801
Telephone:   407.393.2900
 Facsimile:   407.393.2929

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy via email this 19th day of February, 2019 to the following CM/ECF participant:

Glenda Perez
10158 Newminster Loop
Ruskin, FL 33573
Email: glendaperez52@yahoo.com
Perezglenda924@gmail.com

*/s/ Nancy A. Johnson*
Nancy A. Johnson
Attorney for Respondent

2