# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GLENDA PEREZ,

    Plaintiff,

v.                                            Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## MOTION TO SET A HEARING DATE

Plaintiff, Glenda Perez, respectfully submits this motion to set a hearing date in the above-captioned matter. In support of this motion, the petitioner states as follows:

1. Plaintiff filed its petition on July 27, 2018.

2. The factual and legal issues have been extensively briefed.

3. Alternatively, should the court determine that it can rule on the Petition on the basis of the briefs that have been filed to date, the Plaintiff respectfully requests that the Court, at its earliest convenience, enter an Order.

WHEREFORE, Plaintiff respectfully requests that the Court set the earliest possible hearing date.

Respectfully submitted May 6, 2019.

                                                      /s/ Glenda Perez_____
                                                      Glenda Perez

10158 Newminster Loop  
Ruskin, Florida 33573  
*Pro se*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to the following CM/ECF participants:

Nancy A. Johnson, Esquire  
Email: najohnson@littler.com  
LITTLER MENDELSON, P.C.  
111 North Magnolia Avenue  
Suite 1250  
Orlando, Florida 32801

/s/ Glenda Perez_____  
*Pro se*