# UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GLENDA PEREZ,

        Plaintiff,

  v.

CIGNA HEALTH & LIFE INSURANCE CO.,

        Defendant.

Case No. 8:18-cv-01862-T-17-JSS

## DEFENDANT CIGNA HEALTH & LIFE INSURANCE CO.'S RESPONSE TO PLAINTIFF'S MOTION TO SET A HEARING DATE

Defendant, Cigna Health & Life Insurance Co. ("Cigna"), hereby responds to Plaintiff's Motion to Set a Hearing Date ("Motion") and states as follows.

This matter is before this Court based upon a Petition filed by Ms. Glenda Perez ("Ms. Perez") seeking a determination that an arbitration award issued pursuant to an employment arbitration matter should be vacated. (Dkt. 1). After procedural motions were disposed of, on March 7, 2019, this Court referred this matter to Magistrate Judge Sneed for Report and Recommendations. (Dkt. 38.)

Thereafter, on May 6, 2019, Ms. Perez filed a Motion to Set a Hearing Date asking that this Court set the earliest possible hearing date in this matter. (Dkt. 38.) It is unclear in that Motion whether Ms. Perez is seeking a status hearing or a full evidentiary hearing and, thus, Cigna is filing this response to clarify it position with respect to a request for a hearing. Cigna agrees with Ms. Perez that the factual and legal issues have been extensively briefed and further states that the matters before this Court are fully at issue and ready for determination. Therefore, while Cigna does not oppose the scheduling of a case management conference if this

Court believes that such conference or hearing would be helpful, as previously noted to this Court, Cigna opposes an evidentiary hearing in this matter.

| | |
|---|---|
| Date:   May 10, 2019 | */s/ Nancy A. Johnson*<br>Jeffrey B. Jones, Esquire<br>Florida Bar No.:  0039950<br>Email: jbjones@littler.com<br><br>Nancy A. Johnson, Esquire<br>Florida Bar No.:  0597562<br>Email: najohnson@littler.com<br><br>LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, Florida 32801<br>Telephone:    407.393.2900<br> Facsimile:    407.393.2929<br><br>*Attorneys for Respondent* |

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy via email this 10th day of May, 2019 to the following CM/ECF participant:

>Glenda Perez
>10158 Newminster Loop
>Ruskin, FL 33573
>Email: glendaperez52@yahoo.com
>Perezglenda924@gmail.com

>*/s/ Nancy A. Johnson*
>Nancy A. Johnson