UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENDA PEREZ,

     Plaintiff,

v.                                 Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

     Defendant.

_____/

## **ORDER**

THIS MATTER is before the Court on Plaintiff's Motion to Set a Hearing Date ("Motion") (Dkt. 38), in which Plaintiff asks the Court to set a hearing on Petitioner's Application to Vacate Arbitration Award (Dkt. 1).  In a motion to vacate an arbitration award, a hearing is not always required.  *O.R. Sec. Inc. v. Prof'l Planning Assocs., Inc.* 857 F.2d 742, 746 n.3 (11th Cir. 1988) (finding that the "the district court was not required to hold an evidentiary hearing").  In this case, both sides agree that the "factual and legal issues have been extensively briefed."  (Dkt. 38 at 1; Dkt. 39 at 1.)  Petitioner's Application to Vacate Arbitration Award (Dkt. 1) is currently under consideration.  Should the Court determine that a hearing is necessary, one will be scheduled.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Set a Hearing Date (Dkt. 38) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, on May 22, 2019.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party