# COMPOSITE EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENDA PEREZ,

    Plaintiff,

v.                                  Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## DECLARATION OF GLENDA PEREZ

I, Glenda Perez, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. I am over 18 years of age and competent to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily.

2. I am a Pro se litigant in the Petition to Vacate the Arbitration Award and in support thereof, I declare to the court the following:

3. My employment with Cigna began on October 7, 2013 as a Pharmacy Client Installer (PCI) until my termination on July 27, 2017 as an Implementation Set-up Representative Subject Matter Expert (SME).

4. I earned $1,971.53 every two weeks and my annual income totaled to $51,259.95.

5. My employment with Cigna provided healthcare coverage and a 401k-retirement benefit plan.

6. I seek reimbursements on the monies exhausted from having to withdraw early on my 401k-retirement plan, resulting from Defendant's terminating me from my job. This equates to $10,001.45

7. I'm a first time homebuyer as of November, 2016, and have now defaulted on the mortgage payments due to defendant's terminating me from my job. This equates to

$286,233.00

8. My children do not have bussing service for school and the reposition process of the only, family vehicle has been initiated. $14,709.00

9. I've been unsuccessful in obtaining employment despite the resources and programs available to me in Florida. My day to day debt has accrued to $16,227.34

10. As mentioned several times throughout litigation, I am seeking for loss wages. This equates to $112,519.90 in back pay and $102,519.90 in front pay.

11. I've have loss my self-esteem and suffered an inconvenience of ongoing humiliation regarding Defendants discriminatory actions and of the proceedings regarding defendant's "Alternate Dispute Resolution" program.

12. Defendant's hostility towards me has caused mental anguish, panic attacks and emotional distress lasting over a year.

13. The financial security Defendant's previously provided for the services I rendered, has caused me to miss out on family functions; vacations, my sister in-law's wedding a baby shower. All resulting in a loss of enjoyment of life.

I declare under penalty of perjury under the laws of the United States of America and that the foregoing is true and correct.

Dated this 10th day of December, 2018.

/s/ Glenda Perez
**Glenda Perez**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENDA PEREZ,

    Plaintiff,

v.

                                            Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion for Default Judgment (Dkt. 23) filed by Petitioner, GLENDA PEREZ ("Plaintiff"). Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **GRANTS** Plaintiff's Motion for Default Judgment.

**I.    Conclusion**

In accordance with the foregoing, it is hereby **ORDERED** as follows:

1.    Plaintiff's Motion for Entry of Default Judgment (Dkt. 23) is **GRANTED**.

2.    The Arbitrator's Final Decision and Arbitration Award (Dkt. 7) is **VACATED**.

3.    The **CLERK** is directed to enter **FINAL JUDGMENT** in favor of Petitioner, GLENDA PEREZ, and against Respondent, CIGNA HEALTH AND LIFE INSURANCE COMPANY, for a total of; **$1,042,210.59**, and shall grant pre-judgment and post judgment interest, fees, and in the following amounts:

1

    a. Back pay in the amount of **$112,519.90**;

    b. Front pay in the amount of **$102,519.90**

    c. Compensatory damages in the amount of **$317,169.34**

    d. Reinstatement and Injunctive Relief, directing defendants Cigna to desist from the discriminatory conduct

    e. **Punitive damages** regarding (42 U.S.C. 1981a(b)(1) in the amount of **$500,000.00** where the defendant acted in outrages misconduct, intentionally and recklessly and caused severe emotional distress.

4. After entry of judgment, the **CLERK** is directed to **CLOSE** this case. **DONE** and **ORDERED** in Tampa, Florida, this _th day of December, 2018.

                                            _____.
                                            ELIZABETH A. KOVACHEVICH
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Person