# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GLENDA PEREZ,

    Plaintiff,

v.                                                                          Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## **NOTICE TO THE COURT**

Plaintiff, Glenda Perez, respectfully submits this notice pursuant to M.D. Fla. Loc. R. 3.01(h) ands states as follows:

1. On June 12, 2019, this Court ordered the parties to submit briefing over its subject matter jurisdiction (Dkt. 41), on reviewing Plaintiff's motion to vacate arbitration award. (Dkt. 1.)

2. The Plaintiff filed its supplemental brief on July 4, 2019 (Dkt. 42) and Defendant, Cigna Health and Life Insurance Company ("Cigna") responded on July 31, 2019. (Dkt. 43.)

WHEREFORE, Plaintiff respectfully requests that the Court, at its earliest convenience, enter an Order.

Respectfully submitted April 21, 2020.

/s/ Glenda Perez_____
Glenda Perez
10158 Newminster Loop
Ruskin, Florida 33573
*Pro se*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic filing to the following CM/ECF participants:

Nancy A. Johnson, Esquire
Email: najohnson@littler.com
LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801

/s/ Glenda Perez_____
*Pro se*