RECEIVED

2020 JUL 21 AM 11: 02

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GLENDA PEREZ,

    Plaintiff,

v.                                  Case No: 8:18-cv-1862-T-17JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN, pursuant to 9 U.S.C. § 16 and Rule 3 of the Federal Rules of Appellate Procedure, that Plaintiff, Glenda Perez, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the June 25, 2020 "Order for all purpose, including appellate review."(Dkt. 52) by the United States District Court Middle District of Florida Tampa Division, order denying the "Petitioner's Application to Vacate Arbitration Award" ("Motion") (Dkt. 1) filed by Plaintiff.

    Plaintiff further appeals, pursuant to subdivision (a)(2) of Rule 4 of the Federal Rules of Appellate Procedure, any judgment that may be entered thereon.

    Respectfully submitted July 21, 2020.

                                                   /s/ Glenda Perez_____
                                                   Glenda Perez
                                                   10158 Newminster Loop
                                                   Ruskin, Florida 33573
                                                   *Pro se*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2020, I filed the foregoing with the Clerk of the Court via "Drop Box Filing Procedure"[1] which will send a Notice of Electronic filing to the following CM/ECF participants:

Nancy A. Johnson, Esquire
Email: najohnson@littler.com
LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801

/s/ Glenda Perez
*Pro se*

---

[1] Filed in accordance with the April 8, 2020 "Coronavirus and Email Filing information" https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information

2