# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2020

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 20-12730-JJ
Case Style: Glenda Perez v. Cigna Health and Life Ins.
District Court Docket No: 8:18-cv-01862-TPB-JSS

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany Tucker, JJ
Phone #: (404)335-6193

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12730-JJ
_____

GLENDA PEREZ,

                              Plaintiff-Appellant,

versus

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

                              Defendant-Appellee.

_____

Appeal from the United States
District Court for the Middle District of Florida
_____

Before: MARTIN and LUCK, Circuit Judges.

BY THE COURT:

    Before the Court are (1) "Appellee Cigna Health and Life Insurance Company's Motion to Strike Portions of Appellant's Appendix and Initial Brief;" and (2) "Plaintiff-Appellant's Motion for Leave to Supplement the Record."

    The parties' filings have brought to the Court's attention that Appellant submitted a "[b]inder . . . with voluminous documents" to the district court, which was "[p]laced on [a] shelf." *See* D.E. 7. Appellant then appears to have submitted additional documents that were "[a]dded to [the] binder on shelf." *See* D.E. 8. This Court has not received the binder or its contents as part of the record on appeal.

On its own motion, the Court REMANDS this matter on a limited basis to the district court for the purpose of determining whether the documents in the "binder" reflected in the notices of filing at D.E. Nos. 7 and 8 are part of the record on appeal and, if so, conforming the record on appeal accordingly and forwarding the material to this Court.

The Court HOLDS IN ABEYANCE "Appellee Cigna Health and Life Insurance Company's Motion to Strike Portions of Appellant's Appendix and Initial Brief" and "Plaintiff-Appellant's Motion for Leave to Supplement the Record" pending the limited remand.