**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLENDA PEREZ,

      Plaintiff,

v.                                                    Case No. 8:18-cv-1862-TPB-JSS

CIGNA HEALTH AND LIFE
INSURANCE COMPANY,

      Defendant.

_____/

## <u>ORDER</u>

This matter is before the Court on limited remand.   On December 9, 2020, the Eleventh Circuit Court of Appeals remanded this case on a limited basis to determine whether the documents in a binder referenced by Appellant Glenda Perez are part of the record on appeal and, if so, to conform the record on appeal accordingly and transmit the material.   (Doc. 55).   After conducting a careful and complete review of the court file and record, the Court has located a binder containing documents related to this case that appear to be the documents referenced by Ms. Perez.   These documents should be forwarded to the Eleventh Circuit to complete the record on appeal.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     The Clerk is directed to conform the record on appeal accordingly and send

the supplemental record – that includes these documents – to the Eleventh

Circuit Court of Appeals.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of

February, 2020.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**