IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12730-JJ

_____

GLENDA PEREZ,

                                                              Plaintiff-Appellant,

versus

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

                                                              Defendant-Appellee.

_____

Appeal from the United States
District Court for the Middle District of Florida

_____

Before: MARTIN and LUCK, Circuit Judges.

BY THE COURT:

      On December 9, 2020, the Court remanded this matter on a limited basis to the district court for the purpose of determining whether the documents in the "binder" reflected in the notices of filing at D.E. Nos. 7 and 8 are part of the record on appeal and, if so, conforming the record on appeal accordingly and forwarding the material to this Court. The order also held two motions in abeyance: (1) "Appellee Cigna Health and Life Insurance Company's Motion to Strike Portions of Appellant's Appendix and Initial Brief;" and (2) "Plaintiff-Appellant's Motion for Leave to Supplement the Record."

      The district court has now issued an order on limited remand, which indicates that the court "located a binder containing documents related to this case that appear to be the documents

referenced by Ms. Perez," which "should be forwarded to the Eleventh Circuit to complete the record on appeal." This Court is in receipt of the documents.

The Court orders as follows:

1. The Clerk is DIRECTED to place the supplemental record received by the district court on this Court's electronic docket. The Clerk must set the restrictions for the supplemental record so that only the parties and Court personnel can access the documents for a period of ten days. During that ten-day period, the parties may submit objections, if any, to making the supplemental record available on the public docket. If no objections are received upon the expiration of the ten-day period, the Clerk will make the supplemental record publicly available on the electronic docket.

2. Appellee is DIRECTED to file, within fourteen days after the date of this order, a response indicating which portions of Appellant's filings it seeks for the Court to strike in light of the supplemental record on appeal.

3. The motions held in abeyance by the Court's December 9, 2020 order will continue to be held in abeyance pending resolution of the matters outlined above.